

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Olan R. Van Zandt, Chairman,
Joint Legislative Advisory Committee,
Austin, Texas

Dear Mr. Van Zandt:　　　　　Opinion No. O-4674-a

　　　　　　　　　　　　　　　Re: Clarification of Opinion
　　　　　　　　　　　　　　　　　　No. O-4674.

　　　　You request the opinion of this Department, clarifying Opinion No. O-4674, upon the following matters:

　　　　(1) Who may sign the payrolls for the expenditure of monies from the $8,000.00 appropriation made by Article 13, Section 2, of N. R. No. 284, 47th Legislature, Regular Session?

　　　　(2) May either the State Board of Education or the Joint Legislative Advisory Committee authorize the expenditure of monies from said appropriation for their respective duties? May these two agencies jointly authorize the expenditure of monies for their respective duties?

　　　　You are advised that, under our Opinion No. O-4674, the Joint Legislative Advisory Committee may expend monies from the $8,000.00 appropriation for the necessary expenses incurred by it in studying the school laws. Warrants for this purpose may be issued on vouchers or payrolls approved by the Committee alone.

　　　　The State Board of Education may expend monies from the $8,000.00 appropriation for expenses incurred in discharging the duties devolving upon it under H. B. No. 284. (See our Opinion No. O-4609). Warrants for these purposes may be issued on vouchers or payrolls approved by the Board alone.

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

It is our opinion that the Committee and the Board may jointly authorize the expenditure of monies for the expenses incurred in discharging their respective duties. For instance, if an auditor should be useful and necessary to the discharge of both the duty of the Committee and the duties of the Board, the Board and the Committee may jointly hire such auditor, fix his salary (within the limit imposed by the Act) and prescribe the duties which he shall perform for each. In such case the payroll or voucher should be signed by the Board and the Committee.

Your attention is directed to the fact that, of course, a payroll for expenses validly incurred by the Committee, authorized and signed by the Committee, will not be any the less valid because such expenses were also authorized and the payroll signed by the Board.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By (Signed) R. W. FAIRCHILD
R. W. Fairchild
Assistant

RWF-MR

APPROVED Sept 8, 1942

GERALD C. MANN

ATTORNEY GENERAL OF TEXAS

APPROVED
Opinion
Committee
By BWB
Chairman